THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00081-JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| vs. | |
| BOBBY SANDERS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Texas to attend the funeral of his sister-in-law from June 20, 2016 to June 24, 2016.

William Wong, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Texas and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: June 16, 2016                        /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Bobby Sanders

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: June 16, 2016 | /s/  Thomas A. Johnson for<br>WILLIAM WONG<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATE: June 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE