THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOBBY SANDERS,<br><br>          Defendant. | Case No.: 2:16-cr-00081-JAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Philippines to visit his baby son and fiancé from December 21, 2016 to January 6, 2017.

William Wong, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Philippines and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

- 2 –

Dated: December 15, 2016  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Bobby Sanders


PHILLIP A. TALBERT
Acting United States Attorney

Dated: December 15, 2016  /s/ Thomas A. Johnson for
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 15, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE