THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr-00081-JAM |
|---|---|
| Plaintiff, | ) MOTION FOR CONTINUATION OF JURY TRIAL |
| vs. | ) Date: February 21, 2017 |
| | ) Time: 9:15 a.m. |
| BOBBY SANDERS, | ) Judge: John A. Mendez |
| Defendant. | ) |

## MOTION FOR CONTINUATION OF JURY TRIAL

Defendant, Bobby Sanders, by and through his counsel, Thomas A. Johnson, hereby moves to continue the currently scheduled Jury Trial:

1. By previous order, this matter was set for a Jury Trial on March 13, 2017, and a Trial Confirmation Hearing on February 7, 2017.

2. Defendant now moves to continue the Jury Trial to October 30, 2017, at 9:00 a.m. and a Trial Confirmation Hearing to September 19, 2017, at 9:15 a.m. and to exclude time between March 13, 2017, and, October 30, 2017, under the Local Code T-4 (to allow defense counsel time to prepare).

3. To date, Defendant has received approximately 1500 pages of discovery. Defense counsel is requesting a continuance because additional time is needed to review the discovery, investigate potential defenses, and consult with tax fraud experts.

Furthermore, Defense counsel has been discussing a potential resolution with the government and believes that this case may resolve.

4. Defense counsel has notified the Assistant United States Attorney, William Wong, and the government does not object to a continuance.

5. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    a. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 13, 2017, to October 30, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 23, 2017

Respecfully submitted,

/s/  Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Bobby Sanders

## ORDER

The Court hereby grants the motion to continue the Jury Trial submitted by Defendant, BOBBY SANDERS, and moves the Jury Trial to October 30, 2017, at 9:00 a.m. and a Trial Confirmation Hearing to September 19, 2017, at 9:15 a.m. and to exclude time between March 13, 2017, and, October 30, 2017, under the Local Code T-4 (to allow defense counsel time to prepare). Accordingly, the Court finds the ends of justice are served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATE: 1-25-2017

JOHN A. MENDEZ
U.S. District Court Judge