THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> BOBBY SANDERS, <br> Defendant. | Case No.: 2:16-cr-00081-JAM <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Philippines to visit his baby son and fiancé from May 17, 2017, to June 2, 2017.

Kevin Khasigian, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Philippines and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: April 7, 2017 | | /s/ Thomas A. Johnson |
| | | THOMAS A. JOHNSON |
| | | Attorney for Bobby Sanders |

PHILLIP A. TALBERT
Acting United States Attorney

Dated: April 7, 2017                                   /s/ Kevin Khasigian
                                                      KEVIN KHASIGIAN
                                                      Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: April 10, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE