THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY SANDERS,<br><br>Defendant. | ) Case No.: 2:16-cr-00081-JAM<br>)<br>) STIPULATION AND ORDER FOR<br>) CONTINUATION OF JURY TRIAL<br>)<br>) Date: March, 19, 2018<br>) Time: 9:00 a.m.<br>) Judge: John A. Mendez<br>)<br>) |

The United States of America through its undersigned counsel, Kevin Khasigian, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Bobby Sanders, hereby stipulate the following:

1. By previous order, this matter was set for a Jury Trial on October 30, 2017, at 9:00 a.m. and a Trial Confirmation Hearing to September 19, 2017, at 9:15 a.m.

2. By this stipulation, Defendant now moves to continue the Jury Trial to March 19, 2018, at 9:00 a.m. and a Trial Confirmation Hearing to February 13, 2018, at 9:15 a.m. and to exclude time between October 30, 2017, and, March 19, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. A continuance is requested because counsel for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution. Furthermore, defense counsel recently underwent knee surgery on

July 21, 2017. *See* <u>Exhibit A</u>. Defense counsel has submitted a declaration concerning his availability for trial in October which has been labeled <u>Exhibit B</u>.

   b. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The Government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 30, 2017, to March 19, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: August 8, 2017

                          /s/ Thomas A. Johnson
                          THOMAS A. JOHNSON
                          Attorney for Bobby Sanders

PHILLIP A. TALBERT
United States Attorney

Dated: August 8, 2017

/s/ Kevin Khasigian
KEVIN KHASIGIAN
Assistant U.S. Attorney

**ORDER**

     IT IS SO ORDERED.

DATE:  8/8/2017

/s/ John A. Mendez
JOHN A. MENDEZ
U. S. District Court Judge