| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. KELLOGG, #271250 |
|   | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 1620 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOBBY SANDERS,

    Defendant.

Case No.: 2:16-cr-00081-JAM

STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Philippines to visit his baby son and fiancé from December 20, 2017 to January 5, 2018.

Kevin Khasigian, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Philippines and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

- 1 –

Dated: November 29, 2017					/s/ Thomas A. Johnson
							THOMAS A. JOHNSON
							Attorney for Bobby Sanders



							PHILLIP A. TALBERT
							United States Attorney

Dated: November 29, 2017					/s/ Kevin Khasigian
							KEVIN KHASIGIAN
							Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

DATE: November 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE