THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOBBY SANDERS,

    Defendant.

Case No.: 2:16-cr-00081-JAM

DECLARATION OF THOMAS A. JOHNSON REGARDING STATUS OF THE CASE, AMENDED

Date: January 9, 2018
Time: 9:15 a.m.
Judge: John A. Mendez

## **DECLARATION OF THOMAS A. JOHNSON**

I, Thomas A. Johnson, declare:

1. I am counsel for the defendant, Bobby Sanders.
2. This case was indicted on April of 2016.
3. Mr. Sanders is charged with two counts of 26 U.S.C. § 7201, tax evasion.
4. The indictment stems from the investigation of tax years 2009 and 2010. The tax loss is $31,061 per the indictment.
5. Discovery is ongoing and we were recently notified of additional documents to be viewed at the IRS – CID, Sacramento.
6. On January 9, 2018, I am going to be asking this court to vacate the currently set jury trial to a new date later in 2018, and to exclude time until the newly scheduled jury trial date, under the Local Code T-4 (to allow defense counsel time to prepare) and 18 U.S.C. § 3161(h)(1)(B)(iv) language concerning necessary time for effective preparation.

- 1 –

7.  I currently have a jury trial scheduled on March 28, 2018, in Tuolumne County, People v. Danny Anderson, Case No. CRF53012, involving a doctor charged with the vehicular manslaughter of two adults and one teenager. This trial is estimated to last approximately one month and it will take me one month to prepare.

8.  Therefore, a continuance in Mr. Sanders trial is also being requested because I cannot prepare for both trials concurrently. I generally maintain a heavy casework in both federal and state courts, which impacts juggling preparation for two trials simultaneously. I will ask the court, for the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, to exclude time to the new trial date pursuant to 18 United States Code Section 3161(h)(1)(B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9.  Mr. Sanders, the government, and I are actively trying to resolve this matter short of a trial.

10. It has proven more difficult than anticipated in terms of resolution. The IRS criminal Tax Division ultimately has the sign-off authority and I am continuing to attempt to find a resolution through them.

11. A resolution has proven difficult because while the tax loss is minimal considering a typical criminal tax case, the consequences are steep to the point of being unreachable by plea.

12. Specifically, Mr. Sanders is retired from the United States and is now an Air Traffic Controller, employed by the Federal Aviation Administration. He is 54 years-old and has been so employed for the past 14 years.

13. FAA regulations mandate that Mr. Sanders, if convicted of a felony, including moral turpitude, would be immediately terminated.
14. If we proceeded to trial, there is evidence to support a finding of guilty by a jury so I am trying to find a resolution with the DOJ Tax Division that can save his job.
15. He has a fiancé and child under 5 years-old that he supports and a felony tax fraud conviction would have dire consequences for him.
16. The U.S. Attorney for the EDCA has been willing to attempt to resolve this matter, but tax cases move slowly. I am hopeful that a trial extension might allow us to find a resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: January 8, 2018

Respectfully submitted,

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Bobby Sanders