THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOBBY SANDERS,

    Defendant.

Case No.: 2:16-cr-00081-JAM

STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Texas to attend to his sick brother in Houston, whom he is the executor of his estate, from March 1, 2018 to March 3, 2018.

Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Texas and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

- 1 –

Dated: February 26, 2018         /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Bobby Sanders


                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: February 26, 2018         /s/ Kevin Khasighian
                                 KEVIN KHASIGHIAN
                                 Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

DATE: February 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE