| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
| | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-00081-JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| vs. | ) | |
| | ) | |
| BOBBY SANDERS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Philippines to visit his fiancé and son from May 23, 2018 to June 9, 2018.

Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Texas and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: April 13, 2018                    /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Bobby Sanders

- 1 –

|  |  |
|---|---|
| | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: April 13, 2018 | /s/ Kevin Khasighian<br>KEVIN KHASIGHIAN<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED, with the correction that defendant Sanders is to provide the government prior to leaving on his travels with a photocopy of his air flight ticket to the Philippines and his flight itinerary.

Dated: April 13, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE