THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY SANDERS,<br><br>Defendant. | Case No.: 2:16-cr-00081-JAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Bobby Sanders are modified to allow Mr. Sanders to travel to the Renton, Washington to attend training for his work from June 25, 2018 to June 29, 2018. Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, attorney for Bobby Sanders, agree to this modification of the conditions of release subject to the condition precedent that defendant Sanders provide the government prior to leaving on his travels with a photocopy of his air flight ticket and his flight itinerary. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: May 24, 2018                       /s/ Thomas A. Johnson
                                                                 THOMAS A. JOHNSON
                                                                 Attorney for Bobby Sanders

- 1 –

|     |                       |                                                      |
| --- | --------------------- | ---------------------------------------------------- |
|     |                       | McGREGOR W. SCOTT                                    |
|     |                       | United States Attorney                               |
|     | Dated: May 24, 2018   | /s/ Kevin Khasighian                                 |
|     |                       | KEVIN KHASIGHIAN                                     |
|     |                       | Assistant U.S. Attorney                              |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: May 29, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE