THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY SANDERS,<br><br>Defendant. | Case No.: 2:16-cr-00081-JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JURY TRIAL<br><br>Date: July 10, 2018<br>Time: 9:15 a.m.<br>Judge: John A. Mendez |

**STIPULATION AND ORDER FOR CONTINUATION OF JURY TRIAL**

Defendant, Bobby Sanders, by and through his counsel, Thomas A. Johnson, together with Assistant United States Attorney, Kevin Khasigian, hereby move to continue the currently scheduled Jury Trial and Trial Confirmation Hearing:

1. By previous order, this matter was set for a Jury Trial on August 13, 2018, and a Trial Confirmation Hearing on July 10, 218.
2. Defendant now moves to continue the Jury Trial to October 29, 2018 and a Trial Confirmation Hearing to September 18, 2018, at 9:15 a.m. and to exclude time between August 13, 2018, and, October 29, 2018, under the Local Code T-4 (to allow defense counsel time to prepare).
3. To date, Defendant has received approximately 1500 pages of discovery. Defense counsel is requesting a continuance because defense counsel is currently in another jury trial in Tuolumne County, *People v. Danny Anderson*, which involved

- 1 –

a triple homicide. That trial began on June 20, 2018, and has been progressing much more slowly than anticipated. Furthermore, Defense counsel has been discussing a potential resolution with the government and believes that this case may resolve.

4. Defense counsel has notified the Assistant United States Attorney, Kevin Khasigian, and the government does not object to a continuance.

5. Pursuant to 18 U.S.C. § 3161 (h)(7(B)(iv), when determining whether to grant a motion to continue the jury trial the court considers whether a "failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Counsel for defendant believes the failure to grant a continuance in this case would deny Defendant continuity of counsel and defense counsel would be denied reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    a. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 13, 2018, to October 29, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: July 2, 2018

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Bobby Sanders

Dated: July 2, 2018

McGREGOR W. SCOTT
United States Attorney

 /s/ Kevin Khasigian
KEVIN KHASIGIAN
Assistant United States Attorney

## ORDER

The Court hereby grants the motion to continue the Jury Trial submitted by Defendant, BOBBY SANDERS, and moves the Jury Trial to October 29, 2018, at 9:00 a.m. and a Trial Confirmation Hearing to September 18, 2018, at 9:15 a.m., to vacate the currently set Trial Confirmation and Jury Trial dates, and to exclude time between August 13, 2018, and, October 29, 2018, under the Local Code T-4 (to allow defense counsel time to prepare). Accordingly, the Court finds the ends of justice are served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATE: 7/2/2018

/s/ John A. Mendez_____
JOHN A. MENDEZ
U. S. District Court Judge