RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant
BOBBY LOUIS SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>BOBBY LOUIS SANDERS,<br>　　　　　　　　Defendant. | **CASE NO. 16-cr-81-JAM**<br><br>**STIPULATION AND ORDER TO PERMIT TRAVEL OUTSIDE OF THE UNITED STATES** |

　　　IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Bobby Sanders, and Assistant United States Attorney Kevin Khasigian, that Mr. Sander's release conditions may be modified to permit him to travel to the Philippines to visit his baby son and fiancé from December 19, 2018 to January 5, 2019.

　　　Mr. Sanders will provide the government with a photocopy of his air flight ticket and his flight itinerary prior to his travel.

*///*

*///*

*///*

1

*U.S. v. Sanders,* CR16-0081 JAM
STIPULATION AND [PROPOSED] ORDER
FOR OUT OF STATE TRAVEL

All other previously ordered conditions of release shall remain in full force and effect.

Date:  November 30, 2018                                  /s/
RANDY SUE POLLOCK
Attorney for Defendant
Bobby Sanders


Date:  November 30, 2018                                  /s/
KEVIN KHASIGIAN
Assistant United States Attorney


IT IS SO ORDERED:

DATE:  12/3/18                               /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

2

*U.S. v. Sanders,* CR16-0081 JAM
STIPULATION AND [PROPOSED] ORDER
FOR OUT OF STATE TRAVEL