RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant**
**BOBBY LOUIS SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

                             Plaintiff,

      vs.

BOBBY LOUIS SANDERS,

                            Defendant.

**CASE NO. 16-0081-JAM**

**STIPULATION AND ORDER TO PERMIT TRAVEL OUT OF STATE**

_____

     IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Bobby Sanders, and Assistant United States Attorney Kevin Khasigian, that Mr. Sander's release conditions may be modified to permit him to travel Atlanta, Georgia from December 5-December 10, 2018.  Mr. Sander's father passed away on Sunday, December 2nd, and the funeral is this week

     Mr. Sanders will provide the government with a photocopy of his air flight ticket and his flight itinerary prior to his travel.

///

///

///

All other previously ordered conditions of release shall remain in full force and effect.

Date: December 4, 2018         /s/
               RANDY SUE POLLOCK
               Attorney for Defendant
               Bobby Sanders

Date: December 4, 2018         /s/
               KEVIN KHASIGIAN
               Assistant United States Attorney

IT IS SO ORDERED:

DATE: December 4, 2018       /s/ John A. Mendez
               HON. JOHN A. MENDEZ
               United States District Court Judge