RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551

Attorney for Defendant
BOBBY LOUIS SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY SANDERS,<br><br>Defendant. | Case No.: 2:16-cr-00081-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET DATE FOR CHANGE OF PLEA**<br>_____ |

Defendant Bobby Sanders, by and through his counsel of record, Randy Sue Pollock, hereby request that the status conference presently set for May 28, 2019, be rescheduled for June 11, 2019 at 9:15 a.m.  This extension is at the request of defense counsel so that she can have additional time to review and discuss the proposed plea agreement with her client.

1. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 28, 2019 to June 11, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

_UNITED STATES vs. BOBBY SANDERS, CR. 16-0081-JAM_

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Date: May 25, 2019

/s/ *RANDY SUE POLLOCK*
*RANDY SUE POLLOCK*
Counsel for Defendant
BOBBY LOUIS SANDERS

Date: May 25, 2019

/s/*KEVIN KHASIGIAN*
KEVIN KHASIGIAN
Assistant United States Attorney

## ORDER

The Court hereby grants the motion submitted by Defendant Bobby Sanders. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) within which trial must commence, the time period from May 28, 2019 to June 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO ORDERED.**

DATE: 5/28/2019

/s/ John A. Mendez___
JOHN A. MENDEZ
United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

*UNITED STATES vs. BOBBY SANDERS, CR. 16-0081-JAM*