RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant
BOBBY LOUIS SANDERS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>vs.<br><br>BOBBY LOUIS SANDERS,<br><br>                      Defendant. | **CASE NO. 16-0081-JAM**<br><br>**STIPULATION AND ORDER TO PERMIT TRAVEL OUTSIDE OF THE UNITED STATES** |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Bobby Sanders, and Assistant United States Attorney Kevin Khasigian, that Mr. Sander's release conditions may be modified to permit him to travel to the Philippines to visit his son on his birthday from September 9, 2019 to October 3, 2019. While he is in the Philippines he will schedule and attend appointments to facilitate his family's immigration process to the United States.

Mr. Sanders will provide the government with a photocopy of his air flight ticket and his flight itinerary prior to his travel.

1

*U.S. v. Sanders,* CR16-0081 JAM
STIPULATION AND [PROPOSED] ORDER
FOR INTERNATIONAL TRAVEL

All other previously ordered conditions of release shall remain in full force and effect.

Date: August 12, 2019                                  /s/
                                            RANDY SUE POLLOCK
                                            Attorney for Defendant
                                            Bobby Sanders


Date: August 12, 2019                                  /s/
                                            KEVIN KHASIGIAN
                                            Assistant United States Attorney


IT IS SO ORDERED:

DATE: August 13, 2019                       /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge