McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>BOBBY LOUIS SANDERS,<br><br>　　　　　　　　　Defendant. | 2:16-CR-00081 JAM<br><br>ORDER TO DISMISS INDICTMENT AGAINST DEFENDANT BOBBY LOUIS SANDERS |

　　　　Upon motion of the government, it is ORDERED that the Indictment against the defendant is dismissed.

　　　　SO ORDERED this 4th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge